IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA L. MEYER,<br><br>     Plaintiff,<br><br>  v.<br><br>DOLLY MATTEUCCI, DEAN PERCY, TERRY ANNE POONE, GAYLENE WONG, and ROBERT ANDREW HARKNESS,<br><br>     Defendants.<br> / | No. C 12-00734 WHA<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

Plaintiff Lorena Meyer has requested appointment of counsel. In a civil case, appointment of counsel is a privilege and not an absolute right. *See Mallard v. U.S. Dist. Court*, 490 U.S. 296, 305 (1989). Plaintiff has brought claims for violations of Sections 1983, 1981, and 1985 and for violations of the Age Discrimination and Employment Act of 1967 and the Fair Employment and Housing Act. Other than actions brought pursuant to 42 U.S.C. 2000e, the only conceivable authority allowing appointment of counsel would be 28 U.S.C. 1915(e). Section 1915(e) is reserved for indigent plaintiffs. *See Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980). Even then, appointment of counsel is limited to exceptional circumstances. *Ibid.* In other words, this Court may only appoint counsel to plaintiffs who are indigent and only in exceptional circumstances.

Here, although plaintiff is indigent, she has not pointed to any exceptional circumstances. Plaintiff's request is **DENIED**.

Plaintiff is advised that helpful information is available online at http://cand.uscourts.gov/proselitigants and also in person at the legal help center. An appointment at the legal help center can be made by calling 415-782-9000, extension 8657.

**IT IS SO ORDERED.**

Dated: March 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE