IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA L MEYER,<br><br>    Plaintiff,<br><br>  v.<br><br>DOLLY MATTEUCCI, DEAN PERCY, TERRY ANNE POONE, GAYLENE WONG, ROBERT ANDREW HARKNESS, and DOES 1 through 10,<br><br>    Defendants.<br>                                                                    / | No. C 12-00734 WHA<br><br>**ORDER RESCHEDULING MOTION HEARING** |

Plaintiff Lorena L. Meyer renoticed her motion for leave to file an amended complaint, which had previously been improperly noticed. Plaintiff renoticed the motion for July 12, 2012, at 11 a.m. The Court holds civil calender at 8 a.m. The motion hearing is rescheduled to **8 A.M. ON JULY 12, 2012.**

**IT IS SO ORDERED.**

Dated: June 13, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE