IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENA L. MEYER,

    Plaintiff,

v.

DOLLY MATTEUCCI, DEAN PERCY, TERRY ANNE POONE, GAYLENE WONG, ROBERT ANDREW HARKNESS, and DOES 1-10,

    Defendants.

No. C 12-00734 WHA

**AMENDED JUDGMENT**

For the reasons stated in the order denying motion for leave to file amended complaint and the order granting motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Dolly Matteucci, Dean Percy, Terry Anne Poone, Gaylene Wong, and Robert Andrew Harkness and against plaintiff Lorena L. Meyer. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE