IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENA L MEYER,

    Plaintiff,

  v.

DOLLY MATTEUCCI, DEAN PERCY, TERRY ANNE POONE, GAYLENE WONG, and ROBERT ANDREW HARKNESS,

    Defendants.

No. C 12-00734 WHA

**ORDER SETTING HEARING ON RULE 60 MOTION**

Plaintiff Lorena Meyer filed a motion for relief from the judgment. The motion hearing will be at **8 A.M. ON SEPTEMBER 6, 2012**.

**IT IS SO ORDERED.**

Dated: July 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE