IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA L MEYER,<br><br>      Plaintiff,<br><br>  v.<br><br>DOLLY MATTEUCCI, DEAN PERCY, TERRY ANNE POONE, GAYLENE WONG, and ROBERT ANDREW HARKNESS,<br><br>      Defendants.<br>                                         / | No. C 12-00734 WHA<br><br>**ORDER SETTING HEARING ON RULE 60 MOTION** |

Plaintiff Lorena Meyer filed a motion for relief from the judgment. The motion hearing will be at **8 A.M. ON SEPTEMBER 6, 2012**.

**IT IS SO ORDERED.**

Dated: July 25, 2012.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE