UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA L. MEYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAREN LITZENBERG, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-03010-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Alsup for consideration of whether the case is related to Case No. 12-cv-734 WHA.

　　　**IT IS SO ORDERED.**

Dated: August 25, 2016

_____
WILLIAM H. ORRICK
United States District Judge